IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AUSTIN CALLAHAN BRAND,

      Plaintiff,

v.

GRESHAM CITY POLICE
DEPARTMENT, et al.,

      Defendants.

Case No. 3:18-cv-01248-MK

**OPINION AND ORDER**

**MCSHANE, Judge**:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation ("F&R"), ECF No. 7, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Plaintiff timely filed objections to the F&R. ECF No. 9. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude that the F&R is correct. Judge Russo's F&R is adopted in full. Consistent with Judge Russo's F&R, Plaintiff's Application to Proceed in Forma Pauperis is allowed, but his claims are barred and his Complaint therefore DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 4th day of October, 2018.

                /s/ Michael McShane_____
                Michael J. McShane
                United States District Judge